# Order

Michigan Supreme Court
Lansing, Michigan

October 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142759(82)

In re C.I. MORRIS, Minor.

SC: 142759
COA: 299471
Wayne CC Family Division:
08-483987

_____

On order of the Chief Justice, the motion by appellee Department of Human Services for extension of the time for filing its brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2011

_____
Clerk